

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2014

No. 04-14-00225-CV

**IN THE INTEREST OF M.A.**, A Child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01618
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the trial court's order terminating Appellant's parental rights, the notice of appeal was filed in the trial court on March 19, 2014. The clerk's record was due on March 31, 2014. *See* TEX. R. APP. P. 35.1. On April 3, 2014, the district clerk filed a notification of late record. The notice stated that the notice of appeal was not routed to the appeals clerk and the record will not be completed until April 25, 2014.

Appeals of parental termination orders must be given priority over other appeals. *See* TEX. FAM. CODE ANN. § 263.405(a) (West 2014). The children's "need for permanence is the paramount consideration for [their] present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay," and delays in obtaining the clerk's record will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a)).

The clerk's motion for extension of time to file the clerk's record is GRANTED IN PART. **The clerk's record must be filed with this court by April 14, 2014.** *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court